UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL NEAL STORIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. 3:15-CV-05729-RSL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: May 17, 2016 |

　　The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge David W. Christel. Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 28. After reviewing Defendant's Stipulated Motion and the relevant record, the Court recommends the following:

　　Defendant's Motion be granted, and the case be reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

REPORT AND RECOMMENDATION - 1

On remand, the Court recommends the Administrative Law Judge (ALJ) further develop the record with a *de novo* proceeding and issue a new decision. The Court also recommends the ALJ:

- Reconsider the medical evidence, addressing the opinions of Dr. Mallory, Dr. Craig, and all other physicians of record;
- Address each alleged impairment; and
- Re-evaluate Plaintiff's residual functional capacity.

The parties agree that on proper motion the Court shall consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Given the facts and the parties' stipulation, the Court recommends the District Judge immediately approve this Report and Recommendation.

Dated this 17th day of May, 2016.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge