UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL NEAL STORIE,

    Plaintiff,

v.

CAROLYN W COLVIN, Acting Commissioner of Social Security,

    Defendant.

CASE NO. 3:15-CV-05729-RSL-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Defendant's Stipulated Motion for Remand, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the Stipulated Motion for Remand is GRANTED; and

(3) the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

(4) The Clerk is ordered to enter judgment for Plaintiff.

DATED this 18th day of May, 2016.

*[signature]*
Robert S. Lasnik
United States District Judge