UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL NEAL STORIE,

        Plaintiff,

v.

CAROLYN W COLVIN.

        Defendant.

CASE NO. 3:15-CV-05729-RSL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion for Attorney Fees is **GRANTED-IN-PART** for a total award of $ 8,824.07, representing $ 170.10 in costs and $ 8,653.97 in attorney's fees, pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010).

(3) Plaintiff's award is subject to any offset allowed pursuant to the Department of Treasury's Offset Program. *See Ratliff*, 560 U.S. at 595-98. If it is determined Plaintiff's EAJA fees are not subject to any offset, or if there is a remainder after an offset, the check shall be mailed to Plaintiff's counsel, Nancy J. Meserow, at Law Office Nancy J. Meserow, 7549 S.W. 51st Ave, Portland, OR 97219.

(4) The Clerk is directed to send copies of this Order to counsel of record.

1    Dated this 5th day of August, 2016.

2

3                                        /s/ Robert S. Lasnik

4                                        Robert S. Lasnik
                                         United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2